UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-17 |
| Plaintiff, | Hon. Janet T. Neff<br>U.S. District Judge |
| v. | |
| ROBERT GORDAN NEWLAND, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for an arraignment on February 1, 2023 on an indictment charging him with being a felon in possession of a firearm.

The Government has filed a motion for detention. (ECF No. 10.) Defendant is awaiting trial on two pending charges in Chippewa County, MI. In addition, he has been sentenced to prison on another state conviction and is awaiting transfer to the Michigan Department of Corrections to serve that sentence. If this Court were to release Defendant Newland on bond, he would be returned to the custody of the Chippewa County Sheriff. At some point thereafter, he would be transferred to the Michigan Department of Corrections. Defendant advised the Court that he does not oppose the Government's detention motion at this time. Defendant retains the right to request a detention hearing later.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: February 1, 2023         /s/ *Maarten Vermaat*
                                              MAARTEN VERMAAT
                                              U.S. MAGISTRATE JUDGE